IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER CHARLES BERG,

            Plaintiff,

    v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

            Defendant.

ORDER

16-cv-152-wmc

---

    Pursuant to a joint motion for remand (dkt. #10) filed by the parties on August 17, 2016, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation. The clerk of court is directed to enter judgment accordingly.

    Entered this 22nd day of August, 2016.

                      BY THE COURT:

                      /s/

                      _____
                      WILLIAM M. CONLEY
                      District Judge