IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER BERG,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-152-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Christopher Berg attorney fees and costs in the amount of $1,851.00 under the Equal Access to Justice Act, 42 U.S.C. § 406(b)(1).

| s/ V. Olmo, Deputy Clerk | 8/29/2018 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |